KENNETH H. WINE(#142385)
Hallinan & Wine
345 Franklin Street
San Francisco, CA  94102
Telephone:  (415) 621-2400
Fax: (415) 575-9930
email: kenwine@hotmail.com

Counsel for KHUSAR MOBLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-12-00235 YGR |
| Plaintiff, | STIPULATION AND ORDER UNSEALING |
| v. | PRETRIAL CONFERENCE HEARING |
| KHUSAR MOBLEY | |
| Defendant. | HON. YVONNE GONZALEZ ROGERS |

The parties hereto stipulate:

1. During the pretrial conference on May 31, 2013, Defendant Khusar Mobley requested to address the Court with a legal issue. The Court held a hearing *ex parte* and sealed the transcript.

2. The parties request the transcript be unsealed for the purposes of Defendant's appeal.

HALLINAN & WINE

Dated: December 17, 2013                   /s/ Kenneth H. Wine
                                           Kenneth H. Wine, Esq.
                                           Attorney for Defendant
                                           KHUSAR MOBLEY

Date: December 17, 2013                              /s/ James Mann
                                                     James Mann, AUSA
                                                     Attorney for Plaintiff
                                                     UNITED STATES

**ORDER**

      FOR GOOD CAUSE SHOWN, it is hereby ordered that the sealed portion of the pretrial conference hearing held on May 31, 2013 be unsealed for purposes of the Defendant's appeal.

Dated: December 17, 2013
                                                     _____
                                                     HON. YVONNE GONZALEZ ROGERS
                                                     U.S. DISTRICT COURT