KENNETH H. WINE(#142385)
Hallinan & Wine
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Fax: (415) 575-9930
email: kenwine@hotmail.com

Counsel for KHUSAR MOBLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CR-12-00235 YGR |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER RE: RELEASING VOIR DIRE TRIAL TRANSCRIPT TO PARTIES FOR APPEAL |
| v. | ) | |
| KHUSAR MOBLEY | ) | |
| Defendant. | ) | HON. YVONNE GONZALEZ ROGERS |

The parties hereto stipulate:

1. During the jury selection, the Court sealed the transcript from June 18, 2013 of the voir dire process to protect the jurors' privacy.

2. The parties request the transcript be provided to the parties for the purposes of Defendant's appeal.

3. The transcript should be filed with the Court under seal.

HALLINAN & WINE

Dated: December 19, 2013          /s/ Kenneth H. Wine
                                  Kenneth H. Wine, Esq.
                                  Attorney for Defendant
                                  KHUSAR MOBLEY

Date: December 19, 2013                                       /s/ James Mann
                                                              James Mann, AUSA
                                                              Attorney for Plaintiff
                                                              UNITED STATES

**ORDER**

FOR GOOD CAUSE SHOWN, it is hereby ordered that the transcript of the voir dire held on June 18, 2013 be released to the parties for purposes of the Defendant's appeal. Said transcript shall remain under seal to protect the privacy of the jurors.

Dated: December 20, 2013                                      _____
                                                              HON. YVONNE GONZALEZ ROGERS
                                                              U.S. DISTRICT COURT

2