KENNETH H. WINE(#142385)
Hallinan & Wine
345 Franklin Street
San Francisco, CA  94102
Telephone:  (415) 621-2400
Fax: (415) 575-9930
email: kenwine@hotmail.com

Counsel for KHUSAR MOBLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-12-00235 YGR |
| ) | |
| Plaintiff, ) | REVISED STIPULATION AND |
| ) | [PROPOSED] ORDER RE: RELEASING |
| v. ) | VOIR DIRE TRIAL TRANSCRIPT TO |
| ) | PARTIES FOR APPEAL |
| KHUSAR MOBLEY ) | |
| ) | |
| Defendant. ) | |
| ) | HON. YVONNE GONZALEZ ROGERS |

The parties hereto stipulate:

1. During the jury selection, the Court sealed the transcript from June 17, 2013 of the voir dire process to protect the jurors' privacy.

2. The parties request the transcript be provided to the parties for the purposes of Defendant's appeal.

3. The transcript should be filed with the Court under seal.

4. This order replaces a previous order that contained the wrong date of voir dire. Counsel for defendant apologizes for the error.

HALLINAN & WINE

Dated: January 10, 2014         /s/ Kenneth H. Wine
                                Kenneth H. Wine, Esq.
                                Attorney for Defendant

Date: January 10, 2014                                    /s/ James Mann
                                                          James Mann, AUSA
                                                          Attorney for Plaintiff
                                                          UNITED STATES

**ORDER**

FOR GOOD CAUSE SHOWN, it is hereby ordered that the transcript of the voir dire held on June 17, 2013 be released to the parties for purposes of the Defendant's appeal. Said transcript shall remain under seal to protect the privacy of the jurors.

January 13, 2014
Dated: ~~December ___, 2013~~

_____
HON. YVONNE GONZALEZ ROGERS
U.S. DISTRICT COURT

2