# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br> vs. <br> **KHUSAR MOBLEY**, <br> Defendant. | CASE NO. 12-cr-00235-YGR-1 <br><br> **JUDGMENT FOR 28 U.S.C. § 2255 PROCEEDINGS** <br><br> Re: Dkt. Nos. 229, 287 |

Pursuant to the Order signed today (Dkt. No. 287) denying the motion to vacate, set aside or correct the sentence pursuant to 28 U.S.C. § 2255 (Dkt. No. 229), judgment is entered in favor of the government and against defendant Khusar Mobley. Mobley shall obtain no relief by way of the section 2255 motion.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 1, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**