# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff**,**<br>vs.<br>**KHUSAR MOBLEY,**<br>Defendant**.** | CASE NO. 12-cr-00235-YGR-1<br><br>**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY**<br><br>Re: Dkt. No. 289 |

On October 1, 2018, the Court denied defendant Khusar Mobley's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255. (Dkt. No. 287.) The Court hereby further **DENIES** defendant's request for a certificate of appealability. (Dkt. No. 289.) Reasonable jurists would not "find the [Court's] assessment of the constitutional claim debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Defendant may seek a certificate of appealability from the Ninth Circuit Court of Appeals.

This Order terminates Docket Number 289.

**IT IS SO ORDERED.**

Dated: October 16, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**